# Court of Appeals
# of the State of Georgia

ATLANTA, March 10, 2017

*The Court of Appeals hereby passes the following order*

## A17A1161. CHOATE CONSTRUCTION COMPANY v. INTERFINANCIAL MIDTOWN, INC. et al..

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 10, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*